■ In the Matter of SALVATORE J. PIEMONTE, an Attorney, Respondent. [723 NYS2d 906] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ. (Filed Feb. 8, 2001.)